DONALD F. FLORES, JR.

VERSUS

DAVID B. CAMPBELL; NEW ERA
INFORMATION TECHNOLOGIES, LLC;
AND GLEN M. FEUCHT

NO. 21-CA-665

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

July 21, 2022

Susan Buchholz
First Deputy Clerk

## ON APPLICATION FOR REHEARING

Panel composed of Susan M. Chehardy,
Fredericka Homberg Wicker, and Jude G. Gravois

## REHEARING GRANTED IN PART, DENIED IN PART, WITH REASONS

    **SMC**

## REHEARING GRANTED IN PART, DENIED IN PART WITH THE REASONS SET FORTH BY J. CHEHARDY

    **JGG**

## CONCURS, IN PART, DISSENTS IN PART, WITH REASONS

    **FHW**

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

Susan S. Buchholz
First Deputy, Clerk of Court

**CHEHARDY, C.J.**

**REHEARING GRANTED IN PART, DENIED IN PART**

In a timely application for rehearing, plaintiff-appellant Donald Flores, individually and on behalf of New Era Information Technologies, LLC, argues that interest should have been awarded from the date of judicial demand rather than the date of judgment, citing *Trans-Global Alloy Ltd. v. First Nat'l Bank of Jefferson Par.*, 583 So.2d 443, 459 (La. 1991), and *Semco, LLC v. Grand Ltd.*, 16-342 (La. App. 5 Cir. 5/31/17), 221 So.3d 1004, 1039, *writ denied*, 17-1291 (La. 11/6/17), 229 So.3d 475, among others. We agree. Accordingly, we grant rehearing for the limited purpose of modifying the decree to award interest from the date of judicial demand. In all other respects, rehearing is denied.

| DONALD F. FLORES, JR. | NO. 21-CA-665 |
| --- | --- |
| VERSUS | FIFTH CIRCUIT |
| DAVID B. CAMPBELL; NEW ERA INFORMATION TECHNOLOGIES, LLC; AND GLEN M. FEUCHT | COURT OF APPEAL |
| | STATE OF LOUISIANA |

**J., WICKER CONCURS IN PART, DISSENTS IN PART WITH REASONS**

While I concur in the majority's decision to grant appellant Flores' application for rehearing in part as to the issue of the point in litigation from which judicial interest should run, I respectfully dissent from the majority's decision to deny in part Flores' application for rehearing as it relates to the issue of costs. I reiterate my position stated in my dissent from the majority's opinion and in my concurring opinion from the denial of the first application for rehearing filed in this case—that the trial court here abused its La. C.C. Art. 1920 discretion in ordering each party to bear its own costs. This litigation was necessitated by Campbell's improper actions and the evidence demonstrated no action by Flores to justify a deviation from the general rule that the prevailing party is not assessed costs. Moreover, I previously stated, the trial court here in its extensive oral reasons for judgment provided no articulable facts to support the decision for each party to bear its own costs and I find no factual evidence to support any finding that the "best interests of justice" would be served in assessing costs against Flores under the facts of this case.

Accordingly, because it is my opinion that the trial court under the facts of this case abused its discretion in assessing any costs against Flores, I respectfully

dissent in part from the majority's decision to deny Flores' application for rehearing as to the issue of whether the costs should be borne by each party in this case.

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
ROBERT A. CHAISSON
STEPHEN J. WINDHORST
HANS J. LILJEBERG
JOHN J. MOLAISON, JR.

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

MARY E. LEGNON
INTERIM CHIEF DEPUTY CLERK

SUSAN S. BUCHHOLZ
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS DAY **07/21/2022** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY COUNSEL, AS LISTED BELOW:

**21-CA-665**

CURTIS B. PURSELL
CLERK OF COURT

### E-NOTIFIED

24th Judicial District Court (Clerk)
Honorable Michael P. Mentz (District Judge)
Samuel Bradley Rhorer (Appellant)          Daniel R. Martiny (Appellee)          Albert J. Nicaud (Appellee)
Jeffrey M. Siemssen (Appellee)

### MAILED

Honorable Robert J. Burns,
Judge Pro Tempore (District Judge)
Judge Division "F"
24th Judicial District Court
4th Floor, Suite 4100
Gretna, LA 70053

Daniel B. Davis (Appellee)
Randall E. Estes (Appellee)
Attorneys at Law
4465 Bluebonnet Boulevard
Suite A
Baton Rouge, LA 70809

Zachary S. Walker (Appellant)
Attorney at Law
10566 Airline Highway
Baton Rouge, LA 70816

Bret D. Guepet, Jr. (Appellee)
Attorney at Law
3000 18th Street
Metairie, LA 70002